MICHAEL J. WHITE and IDA M. WHITE, his wife,

*vs.*

J. JULIAN OSSERMAN and WILLIAM N. LANK, Sheriff of New Castle County, Delaware.

*New Castle, Dec.* 31, 1927.

*Robert Adair*, for complainants.

*George W. Lilly* and *Leslie H. Gluckman*, for defendants.

THE CHANCELLOR. The demurrer will be sustained on the ground that the complainants have an adequate and complete remedy at law. In a case where the circumstances were similar, the Superior Court of this state held that the defendant in the judgment might obtain appropriate relief in that court. *In re Vandenburg*, 31 *Del.* (1 *W. W. Harr.*) 192, 112 *A.* 830.

Order accordingly.